UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| MALCOLM CAIN, | : | Bankruptcy No. 06-13918DWS |
| | : | |
| Debtor. | : | |

## ORDER

**AND NOW**, this 14th day of September 2006, it appearing that on December 9, 2003 an Order (the "Order") was entered in the matter of <u>In re Carla M. & Malcolm L. Cain</u>, Bankruptcy No. 02-11658DWS, directing that the debtors may not file a bankruptcy petition without leave of Court which has not been obtained prior to filing the instant case;

It is hereby **ORDERED** that the above captioned case is **DISMISSED** with prejudice. The bar remains in place and any further violation of the Order shall be a contempt of court;

**And** it is further **ORDERED** that Michael D. Sayles, Esq. shall appear at a hearing on **October 5, 2006 at 10:30 a.m.** in the Robert N.C. Nix, Sr. Federal Courthouse, 2nd floor, 900 Market Street, Courtroom #3, Philadelphia, PA and show cause why he filed this case given the extant Order.

*Diane W. Sigmund*
_____
DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge

-2-

<u>Copies to</u>:

Michael D. Sayles, Esquire
SAYLES & ASSOCIATES
427 W. Cheltenham Avenue
Elkins Park, PA 19027-3201

William C. Miller, Esquire
Standing Chapter 13 Trustee
P. O.  Box 40119
Philadelphia, PA 19106-0119

Dave P. Adams, Esquire
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107